# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAS VEGAS PAVING CORPORATION,
A NEVADA CORPORATION,

Appellant,

vs.

RAIL ACRES LLC, A NEVADA
LIMITED LIABILITY COMPANY;
MITCHELL TRUMAN, AN
INDIVIDUAL; PAN WESTERN
CORPORATION, A NEVADA
CORPORATION; OSHKOSH
CORPORATION, A NEVADA
CORPORATION; AND TRUMAN
FAMILY LIMITED PARTNERSHIP, A
NEVADA LIMITED PARTNERSHIP,

Respondents.

No. 71736

FILED

DEC 1 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b). The parties shall bear their own fees and costs.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

17-42600

cc:   Hon. Michelle Leavitt, District Judge
John Walter Boyer, Settlement Judge
Marquis Aurbach Coffing
Kolesar & Leatham, Chtd.
Emerson Law Group
Eighth District Court Clerk